FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:52 pm, Aug 05, 2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01028-CMA-KMT

STEPHANIE MASSE,

    Plaintiff,

v.

CITY OF CANON CITY,

    Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTNSION OF TIME TO FILE RESPONSIVE PLEADING

Plaintiff, STEPHANIE MASSE, hereby submits its Unopposed Motion for Extension of Time to File Responsive Pleading pursuant to F.R.C.P. 6(b)(1)(A).

**AND IN SUPPORT THEREOF,** Plaintiff states as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.COLO.LCiv.R. 7.1(a), Plaintiff conferred with Defendant via phone about the relief requested herein. Defendant does not oppose the requested relief.

1. Plaintiff filed Complaint and Jury Demand on April 13, 2021. ECF No. 1.
2. Defendant was served with the Complaint and Jury Demand on May 17, 2021.
3. Pursuant to FED.R.CIV.P. 12(a)(1), Plaintiff's deadline to file a responsible pleading is August 6, 2021.
4. No previous extensions of time have been granted related to Plaintiff's responsive pleading deadline.

5. Plaintiff respectfully requests that the Court enter an Order extending Plaintiff's deadline for a responsive pleading by 21-days to August 27, 2021.

6. Granting Plaintiff a twenty-one day extension will not prejudice any party and will not affect any operative deadlines in this case. Defendant, by its attorneys, **SGR, LLC,** have agreed to the deadline for the responsive pleading. Trial is not yet set in this matter and there are no operative deadlines in this case currently known by the Plaintiff.

7. The requested extension will permit Plaintiff time to confer with Defendant regarding the allegations and claims in advance of filing a responsive pleading and potentially streamline the issues put forth in the case. Therefore good cause exists for the requested extension.

8. Undersigned Plaintiff certifies that she is serving a copy of this motion upon filing in accordance with D.C.COLO.LCiv.R. 6.1(c)

**WHEREFORE,** Plaintiff respectfully requests that the Court grant a twenty-one day extension and set the deadline for the Plaintiff's responsive pleading to August 27, 2021.

Respectfully submitted,

By *(signature)* Stephanie L. Masse
Stephanie L. Masse
1026 S. 10th Street
Cañon City, Colorado 81212
Telephone: (719) 323-752
Email: stephmasse333@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of August, 2021, I electronically filed a true and exact copy of the above and foregoing with the Clerk of Court using the email address, cod_prose_filing@cod.uscourts.gov and will send notification of such filing to the attorneys for Defendant at the following email addresses:
SGR, LLC
Courtney B. Kramer
3900 E. Mexico Ave., STE. 700
Denver, Colorado 80210
ckramer@sgrllc.com
Anahita D. Sotoohi
asotoohi@shrllc.com