FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:13 am, Sep 13, 2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01028-CMA-KMT

STEPHANIE MASSE,

    Plaintiff,

v.

CITY OF CANON CITY,

    Defendant.

---

### PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

---

#### Notice of Conference of Counsel

Plaintiff has conferred with counsel for the Defendant, Canon City, regarding the enclosed Motion to Dismiss With Prejudice and counsel for Defendant does not oppose this motion.

#### Motion

COMES NOW the Plaintiff, Stephanie Masse, and hereby moves this Court to GRANT the Unopposed Motion to Dismiss her Complaint With Prejudice. The parties have resolved this matter to their mutual satisfaction. Plaintiff requests the dismissal of her claims against Defendant in the above-referenced action, with prejudice. The parties further stipulate and agree that each party shall pay its own attorney's fees and costs.

Respectfully submitted this $12^h$ day of September 2021.

*Stephanie Masse*
Stephanie L. Masse

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED CERTIFIES** that on this 12th day of September, 2021, a true and correct copy of the foregoing Motion to Dismiss With Prejudice was electronically filed with the Clerk of Court using the email address, cod_prose_filing@cod.uscourts.gov and will send notification of such filing to the attorneys for

Defendant at the following email addresses:
SGR, LLC
Anahita D. Sotoohi
asotoohi@shrllc.com
3900 E. Mexico Ave., STE. 700
Denver, Colorado 80210

By _____
Stephanie L. Masse
1026 S. 10th Street
Cañon City, Colorado 81212
Telephone: (719) 323-7252
Email: stephmasse333@gmail.com

2