IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-01028-CMA-KMT

STEPHANIE MASSE,

    Plaintiff,

v.

CITY OF CANON CITY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc. # 25). The Court, having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees. It is

FURTHER ORDERED that Defendant's Motion for Partial Summary Judgment (Doc. # 13) and Defendant's Motion to Dismiss (Doc. # 14) are DENIED as moot.

DATED: September 16, 2021

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge